06-PS 8
(12/04)

# UNITED STATES DISTRICT COURT
## for the
## District of New Jersey

U.S.A. vs. John Hernandez                                      Docket No. 06-00700

### Petition for Action on Conditions of Pretrial Release

COMES NOW **Wendy H. Lonsdorf** PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant **John Hernandez**, who was placed under pretrial release supervision by the **Honorable Mark Falk** sitting in the Court at Newark, New Jersey, on June 15, 2006, under the following conditions:

1. $100,000 bond secured by property with two co-signers;
2. Travel restricted to New Jersey;
3. Surrender of passport/not to obtain another;
4. Not to possess any firearms.

Respectfully presenting petition for action of Court and for cause as follows:

**[SEE ATTACHED ADDENDUM]**

PRAYING THAT THE COURT WILL ORDER that bail be modified to include substance abuse testing/treatment and mental health treatment as directed by Pretrial Services.

ORDER OF COURT

Considered and ordered this __20__ day of __Sept. 2006__ and ordered filed and made a part of the records in the above case.

_____
Honorable Stanley R. Chesler

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __9/20/06__

_____
Wendy H. Lonsdorf
U.S. Pretrial Services Officer